UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,  :  Criminal No. 11-769-01 (ES)

-vs-  :

ROSHAWN SIMMONS,  :  O R D E R

Defendant,  :

The conditions of bail for the above defendant has been modified as follows.

It is on this 13th day of NOVEMBER, 2012

ORDERED that a curfew will be imposed. The time of the curfew will be from 11:00 p.m., until 8:00 a.m. The defendant will remain on electronic monitoring. All other conditions of the order of release shall remain in place.

_____
ESTHER SALAS, U.S.D.J.